```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| KARLANNE CARPENTER STRADLING,<br><br>        Plaintiff,<br><br>    v.<br><br>RUSSELL CORPORATION, et al.,<br><br>        Defendants. | Civil No. 08-1780-JBS-AMD |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the status conference on July 14, 2008; and the Court noting the following appearances: Mark J. Manta, Esquire, appearing telephonically on behalf of the plaintiff; and Susan L. Nardone, Esquire, and Suzanne J. Herrmann, Esquire, appearing on behalf of the defendants.

IT IS this **14th** day of **July 2008**, hereby **ORDERED**:

1. The Court will conduct a settlement conference before the undersigned on **November 14, 2008 at 9:45 A.M.**. Clients with settlement authority shall appear in person.

2. All of the provisions of the Scheduling Order of May 13, 2008 shall remain in effect.

                                            s/ Ann Marie Donio
                                            ANN MARIE DONIO
                                            United States Magistrate Judge

cc:  Hon. Jerome B. Simandle